IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDE CARR,

        Plaintiff,

  v.

ACCESS SECUREPAK, KTV USA, INC.,

        Defendants.
                                         /

No. CV-09-1199 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the complaint is hereby DISMISSED without leave to amend and without prejudice to refiling in state court.

Dated: March 31, 2009                                      Richard W. Wieking, Clerk

                                                                        By: Tracy Lucero
                                                                           Deputy Clerk